# Court of Appeals
# of the State of Georgia

ATLANTA,  May 04, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0226, A17A0228. HASLAM v. THE STATE.**

In Case No. A17A0226, a jury convicted Devon Haslam of one count of robbery by force, and in Case No. A17A0228, the jury convicted Haslam of one count of robbery by force and one count of battery. The trial court entered judgment and sentence on these convictions. Although Haslam filed an appeal in each case, he has failed to enumerate any error relating to these convictions or their resulting sentences. The Supreme Court of Georgia has made it clear that failure to enumerate any error by the trial court requires dismissal of an appeal. *Adamson v. Sanders*, 279 Ga. 187, 188 (611 SE2d 44) (2005) ("Matters not enumerated as error will not be considered on appeal."); *Wiring Solutions, LLC v. Astra Group, Inc.*, 335 Ga. App. 723, 726 (781 SE2d 597) (2016). Accordingly, the appeals in these cases are hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/04/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*